# Court of Appeals
# of the State of Georgia

ATLANTA, December 24, 2025

*The Court of Appeals hereby passes the following order*

**A26I0086. IN THE INTEREST OF A. A. O. et al., CHILDREN (MOTHER) .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2400438 2400439 2400440 2400441 2400442 2400443 2400444 2400445 2400446 2301829



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, December 24, 2025.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*